# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **JOSEPH WILLIAM GIFFUNE, JR.,** | Case No. 05-54583 |
| Debtor. | Hon. John H. Squires |
| | Hearing Date: January 11, 2007 |
| | Hearing Time: 9:30 a.m. |

**ORDER APPROVING FINAL APPLICATION OF SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC AS COUNSEL TO THE DEBTOR FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND RELATED RELIEF**

Upon consideration of the final application of Steven B. Towbin and the law firm of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC (collectively, "Shaw Gussis") requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331, Rules 2002(a)(6), (i), 2016(a), 9006(c)(1) and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 5082-1 for the allowance and payment of $121,170 in compensation for 405.5 hours of professional services rendered on behalf of Joseph William Giffune, Jr. ("Debtor"), and for the reimbursement of $7,982.94 for costs incurred incidental to those services during the period of March 1, 2006 to July 13, 2006 ("Application Period"); due and proper notice of the Application having been provided; the Court having jurisdiction to hear and determine the Application; it appearing that there is good cause to grant the relief requested; there being no objection to the requested relief, it is hereby

**ORDERED**:

    1.    The Application is allowed as provided herein.

    2.    Notice of the Application as provided for therein is sufficient.

3. Shaw Gussis is allowed $121,170 in compensation for the Application Period of March 1, 2006 through July 13, 2006.

4. Shaw Gussis is allowed $7,982.94 in expense reimbursement for the Application Period of March 1, 2006 through July 13, 2006.

5. The Jernberg Trustee is authorized and directed to pay Shaw Gussis the sum of $71,988.92, representing the total amount requested for compensation and reimbursement of expenses during the Application Period less the fees ($54,212.50) and expenses ($2,951.52) relating to the exemption appeal that will be paid from the retainer ($44,000) and by Giffune directly toward the allowance from available estate funds.

6. Shaw Gussis is authorized to apply the $44,000 retainer against the remaining fees and expenses, including those related to the exemption appeal.

7. The fees and expenses allowed in the First Order are reaffirmed.

8. The Court reserves jurisdiction to enforce this order upon notice and a hearing.

**ENTER:**

Dated: _____    _____
                                                                **United States Bankruptcy Judge**

*Prepared By*:

Janice A. Alwin (#6277043)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 276-1323
Fax: (312) 275-0571
jalwin@shawgussis.com